# THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION

## CRIMINAL CASE NO. 1:10cr68

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| LISA ANN EDWARDS LAIL. ) | |
| _____ ) | |

**THIS MATTER** is before the Court upon the Government's Motion to Dismiss [Doc. 33].

For the reasons stated in the Government's Motion, and for cause shown,

**IT IS, THEREFORE, ORDERED** that the Government's Motion to Dismiss [Doc. 33] is **GRANTED**, and Counts Two, Three, and Four of the Bill of Indictment in the above-captioned case are **DISMISSED WITH PREJUDICE**.

**IT IS FURTHER ORDERED** that the Clerk of Court is **DIRECTED** to prepare an Amended Judgment ordering forfeiture in this case in accordance with the Consent Order and Judgment of Forfeiture [Doc. 32] previously

entered herein and dismissing Counts Two, Three, and Four of the Bill of Indictment.

**IT IS SO ORDERED.**

Signed: March 8, 2012

Martin Reidinger
United States District Judge